THE 5TH DISTRICT
ADVISED ME TO REDIRECT
THIS REQUEST TO YOUR COURT.

ARE YOU ABLE TO ASSIST ME?

SINCERELY,

Lawrence H. Hsoh  4/5/2024

U.S. COURT OF APPEALS
RECEIVED
APR 17 2024
FIFTH CIRCUIT

**RECEIVED**
Court of Appeals

MAR 25 2024

Ruben Morin
Clerk 5th District

MARCH 19, 2024

LAWRENCE G. HASH C.D.C #P-00376
FOLSOM STATE PRISON - CELL #5-B1-15L
P.O. BOX 715071, REPRESA, CA 95671-5071

TEXAS JUDICIAL BRANCH SEAL
FIFTH COURT OF APPEAL/GEORGE L. ALLEN, SR, COURT Bldg
<u>ATTN</u>: CLERK OF THE COURT
600 COMMERCE ST., SUITE 200
DALLAS, TX 75202-4658

DEAR CLERK OF THE COURT,

    WITH REGARD TO (PONDEXTER-V-DRETKE, CASE # 02-41543) I WOULD APPRECIATE IT VERY MUCH IF YOU COULD TELL ME HOW TO GET A COPY OF DR. VINCENT DiMAIO'S EXPERT OPINION/TREATISE THAT IS REFERRED TO IN THAT PUBLISHED CASE. PERHAPS IT'S AN EXHIBIT LISTED ON THE DOCKET?

    ALL I KNOW IS THE PUBLISHED CASE REFERS TO DR. VINCENT DiMAIO'S EXPERT OPINION AS TO GUNPOWDER/RED STIPPLING. I'LL HOPE TO HEAR BACK FROM YOU SOON. THANK YOU.

SINCERELY,
Lawrence H. Hash

CHIEF JUSTICE
ROBERT D. BURNS, III

JUSTICES
KEN MOLBERG
ROBBIE PARTIDA-KIPNESS
BILL PEDERSEN, III
AMANDA L. REICHEK
ERIN A. NOWELL
CORY L. CARLYLE
BONNIE LEE GOLDSTEIN
CRAIG SMITH
DENNISE GARCIA
EMILY A. MISKEL
NANCY E. KENNEDY
MARICELA BREEDLOVE

RUBEN MORIN
CLERK OF THE COURT
(214) 712-3400
theclerk@5th.txcourts.gov

MYRNA GASC
BUSINESS ADMINISTRATOR
(214) 712-3417
myrna.gasc@5th.txcourts.gov

FASCIMILE
(214) 745-1083

INTERNET
WWW.TXCOURTS.GOV/5THCOA.ASPX



## Court of Appeals
### Fifth District of Texas at Dallas

600 COMMERCE STREET, SUITE 200
DALLAS, TEXAS 75202
(214) 712-3400

March 27, 2024



Lawrence George Hash
CDCR Number P00376
Folsom State Prison
P.O. Box 715071
Represa, CA 95671

RE: Court of Appeals Number: 02-41543
Trial Court Case Number:

Style: Willie Earl PONDEXTER, Jr., Petitioner-Appellee
v.
Doug DRETKE, Director, Texas Department of Criminal Justice,
Correctional Institutions Division, Respondent-Appellant

_____ 1. The case has been submitted and is pending consideration.

_____ 2. The Court of Criminal Appeals has jurisdiction over post-conviction writs and habeas corpus. Please contact the Court of Criminal Appeals for any forms or information.

__X__ 3. **The Court has no record of an appeal on file in the above referenced name or trial court number. You may have intended to send this to the Fifth Circuit Court of Appeals which is a federal court. We are unable to assist you. We are returning your documents to you. Please contact the United States Court of Appeals, Fifth Circuit regarding case copies of the PONDEXTER**

## v. DRETKE (2003) No. 02-41543.

**Mailing Address:**

**Clerk of Court: Lyle W. Cayce**

**U.S. Court of Appeals**

**For The Fifth Circuit**

**600 S. Maestri Place Suite 115**

**New Orleans, LA 70130**

___ 4.  Enclosed is a copy of the opinion in your appeal.

___ 5.  This Court does not appoint counsel.

___ 6.  Neither the judges nor the staff of this Court can give legal advice. Therefore, you may wish to contact your attorney; the trial court; or the State Counsel for Offenders, Texas Department of Criminal Justice, 200 River Pointe Drive, Suite 312, Conroe, TX 77304

___ 7.  The Court does not have jurisdiction to compel the trial court to provide you with free copies of any of your trial court records. This Court does not provide free copies of any documents without prepayment of costs. Our charge is $.10 per page payable in advance by cashier's check or money order.

___ 8.  Your case has been set for submission on

___ 9.  Our records reflect that the

___ 10. Enclosed please find the copies you requested.

___ 11. The cost for the copies you requested is

Respectfully,

/s/ Ruben Morin, Clerk of the Court

2

LAWRENCE G. HASH  CDC #P-00376  FOLSOM STATE PRISON
Folsom State Prison - CE1                P.O. BOX 950
P.O. Box 71507                            FOLSOM, CA 95763
REPRESA, CA 95671-5                       LEGAL MAIL

**CONFIDENTIAL** Clerk of Court: Lyle W. Cayce
U.S. Court of Appeals for the 5TH Circuit
600 S. Maestri Place, Suite 115
New Orleans, LA  70130

Confidential
Legal Mail

A. MCGARITY 4-5-24

XXX #94290